**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Steven Dewayne Edwards, Appellant.

Appellate Case No. 2021-000172

———————

Appeal From Lexington County
Frank R. Addy, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-047
Submitted January 1, 2022 – Filed February 9, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Victor R. Seeger, of Columbia, and
Steven Dewayne Edwards, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.